ND/GA PROB 12B
(6/12)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 13 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## Violation Report and Petition to Modify Conditions of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Andre J. White**                    Docket No. **1:06-CR-260-WSD-05**

Judicial Officer: **Honorable William S. Duffey, Jr.**

Date of Original Sentence: **May 17, 2007**

Original Offense: **Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344 (ct.1) and Aggravated Identity Theft, 18 U.S.C. §§ 1028A(a)(1) and 2 (ct.27).**

Original Sentence: **Forty-one months on count 1 and twenty-four months on count 27 to run consecutively for a total of sixty-five months.**

Type of Supervision: **Supervised Release**        Date Supervision Commenced: **04/11/2011**

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A financial assessment has been completed by this officer, it has been concluded that the offender can afford to pay $200 per month plus 25% of any gross monthly income in excess of $2,300.00 toward the outstanding restitution balance.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**
None.

**PETITIONING THE COURT:**

To modify the conditions of supervision as follows:
The defendant shall make restitution jointly and severally with co-defendants in the amount of $296,326.44 at the rate of $200 per month plus 25% of any gross monthly income in excess of $2,300.00.

Respectfully submitted,

_____ 12/27/2013          _____ 1/3/14
Dennis S. Tudor                Date            Shelley S. Jones                Date
U. S. Probation Officer                        Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

☑ The modification of conditions as noted above.

☐ No Action

☐ Other

_____
Honorable William S. Duffey, Jr.
U. S. District Court Judge

_____
January 8, 2014
Date